UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND,<br><br>Plaintiff,<br><br>v.<br><br>SPIGENER ELECTRIC COMPANY, INC. and SHERRILL KEITH SPIGENER,<br><br>Defendant. | Civil Action No. _____ |

## COMPLAINT

The Southern Electrical Retirement Fund (Plaintiff) files this complaint to obtain equitable and other relief requiring Sherrill Keith Spigener and Spigener Electric, Inc. (Defendants) to comply with 29 U.S.C. § 1145 of the Employee Retirement Income Security Act (ERISA).

1. By Order entered May 26, 2005 in civil action 3:05-0215 (docket entry No. 7), this Court entered a permanent injunction requiring Defendants to make timely payment of contributions and other sums due and owing as well as submit payroll reports pursuant to 29 U.S.C. §1145.

2. After May 26, 2005, Defendants have failed or refused to submit payroll reports and make payments to Plaintiff, and/or filed such reports and payments on a delinquent basis and, as a result, Defendants owe Plaintiff contributions required by 29 U.S.C. §1145; and, due to the failure of Defendants to submit prospective payroll reports, Plaintiff is unable to determine the amount of unpaid contributions.

3. Sherrill Keith Spigener controls the financial affairs of Spigener Electric, Inc. and is an ERISA fiduciary personally liable under 29 U.S.C. §§ 1103, 1104 and 1109 for using funds of Defendants to pay other creditors instead of Plaintiff.

4. Defendants owe liquidated damages to the Plaintiff, and have caused Plaintiff to incur attorney fees and other costs.

5. Copies of this complaint will be served upon the Secretary of Labor and the Secretary of the Treasury by certified mail in accordance with 29 U.S.C. § 1132(h).

WHEREFORE, Plaintiff prays that the Court enter an order and grant appropriate equitable relief requiring Defendants to comply with 29 U.S.C. § 1145 and for a judgment against Defendants under 29 U.S.C. § 1132(g)(2).

Respectfully submitted,

/s/R. Jan Jennings
R. Jan Jennings, BPR No. 1536
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Tel. (615) 254-8801