IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SOUTHERN ELECTRICAL )
RETIREMENT FUND ) No. 3-10-0264
)
v. )
)
SPIGENER ELECTRIC COMPANY, )
INC.; and SHERRILL KEITH )
SPIGENER )

O R D E R

On February 23, 2011, the plaintiff filed a motion to set show cause hearing (Docket Entry No. 26).[1]

The defendants shall have until March 14, 2011, to file a response to the motion.

The Clerk is directed to forward the file in this case to the Honorable Thomas A. Wiseman, Jr. for his consideration of the plaintiff's motion and any response to be filed by the defendants no later than March 14, 2011.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is directed to mail a copy of this order to the defendants at 404 Laurel Creek Rd., Titus, Alabama 36080, by regular, first class mail and by certified mail.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Upon plaintiff's motion filed on June 8, 2010 (Docket Entry No. 10), and by order entered June 24, 2010 (Docket Entry No. 14), a show cause hearing was scheduled on July 12, 2010, for the defendant Keith Spigener to appear and show cause why he should not be held in contempt for failure to comply with the order entered May 26, 2025 in case no. 3-05-0215. Upon plaintiff's motion (Docket Entry No. 15), and by orders entered July 26, 2010, and August 6, 2010 (Docket Entry Nos. 16 and 19), the show cause hearing was continued indefinitely.